IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY
ADC # 760343                                                       PLAINTIFF

v.                    No. 1:13-cv-81-DPM-JTK

D. WHITE, Corrections Officer,
McPherson Unit                                       DEFENDANT

## ORDER

On 18 September 2013, the Court ordered Murphy, a state inmate at the McPherson Unit of the Arkansas Department of Correction, to pay the $400 filing fee or submit an application to proceed *in forma pauperis*. № 3. The Court warned that her complaint would otherwise be dismissed. *Ibid.* Murphy has not complied, and the deadline to comply has passed. Her complaint is therefore dismissed without prejudice. Local Rule 5.5(c)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 November 2013