IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA MURPHY**
**ADC # 760343**                                                                      **PLAINTIFF**

v.                  No. 1:13-cv-81-DPM

**D. WHITE, Corrections Officer,**
**McPherson Unit**                                                   **DEFENDANT**

## JUDGMENT

Murphy's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2013